UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
BRANDEN DUNCAN,                                              :
                                                             :
                          Plaintiff,                         :
                                                             :   24-CV-4438 (VSB)
         - against -                                         :
                                                             :         **ORDER**
                                                             :
CITY OF NEW YORK, *et al.*,                                  :
                                                             :
                          Defendants.                        :
                                                             :
------------------------------------------------------------ X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      I am in receipt of Plaintiff's letter, dated November 7, 2024, requesting an extension of time to serve certain Defendants to this action. (Doc. 13.)

      Plaintiff Branden Duncan filed this pro se action on June 10, 2024, asserting claims under 42 U.S.C. § 1983 and § 1985 that Defendants, the City of New York and four officers of the NYPD's 6th Precinct, violated his constitutional rights when they arrested him during a traffic stop in March 2023. (Doc. 1.) Plaintiff identified the officer Defendants as "Officer Amir," "Officer Wildania Hernandez," "John Doe Officer (Caucasian)," and "John Doe Officer (Afro-American)." (*Id*. ¶¶ 2–5.) On August 15, 2024, I issued an order of service for Defendants Hernandez and Amir. (Doc. 7.) In the order, I directed counsel for Defendant the City of New York to "ascertain the identity and badge number of each John Doe whom Plaintiff seeks to sue here and the address where the defendants may be served," and to "provide the full name and badge number for Defendant Amir." (*Id*.) *See Valentin v. Dinkins*, 121 F.3d 72, 76 (2d Cir. 1997).

On October 15, 2024, the City submitted a letter identifying Defendant Amir as "Police Officer Muhammad Amir, Shield No. 10773" in the 6th Precinct, identifying one John Doe as "Sergeant Thomas Lewandowski, Shield No. 3617" in the 33rd Precinct, and identifying the other John Doe as "Detective Specialist Mayko Matos, Shield No. 3287" in the 6th Precinct. (Doc. 12.) The City's letter also provides the address at which these individuals may be served. (*Id.*)

As I explained in the August 15 order of service, Plaintiff must file an amended complaint before serving Defendants Lewandowski and Matos. (Doc. 7.) An amended complaint form was attached to the August 15 order. (*See id.*)

Accordingly, it is hereby:

ORDERED that Plaintiff file an amended complaint naming the John Doe Defendants—Lewndowski and Matos—by December 10, 2024. Following the filing of the amended complaint, Plaintiff shall request that the Clerk of Court issue summonses for these Defendants.

IT IS FURTHER ORDERED that Plaintiff's deadline to effectuate service on the NYPD Officer Defendants—Amir, Hernandez, Lewandowski, and Matos—shall be extended to March 10, 2025.

The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff at the address on file.

SO ORDERED.

Dated: November 12, 2024
      New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge