UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
                                                             :
BRANDEN DUNCAN,                                              :
                                                             :
                                    Plaintiff,               :
                                                             :        24-CV-4438 (VSB)
                     - against -                             :
                                                             :        **<u>ORDER</u>**
                                                             :
CITY OF NEW YORK, *et al.*,                                  :
                                                             :
                                    Defendant(s).  :
                                                             :
------------------------------------------------------------ X

<u>VERNON S. BRODERICK</u>, United States District Judge:

Pro se Plaintiff Branden Duncan mailed[1] several documents addressed to me, including: (1) a letter dated February 2, 2026 notifying me that he "will not be filing or moving forward with a cross-motion [for] Summary Judgement"; (2) several exhibits labeled Exhibit A through Exhibit N[2]; (3) "Plaintiff's Responses to Defendants' Local Rule 56.1 Statement," dated February 12, 2026; (4) "Plaintiff's Local Rule 56.1(b) Counter-Statement of Additional Material Facts," dated February 12, 2026; (5) "Plaintiff's Response to Defendants' Points I-III In Support of Plaintiff's Opposition to Defendant's Summary Judgment," dated February 12, 2026; and (6) "Declaration of Branden Duncan Pursuant to 28 U.S.C. § 1746," dated February 12, 2026. These documents have been delivered to Docket Services for filing on the docket. (*See* Doc. 51.)

---

[1] Plaintiff is reminded that all pro se submissions are accepted by mail, in-person, and by email. Plaintiff may mail or drop off documents to the Pro Se Intake Unit located at 500 Pearl Street, Room 205, New York, NY 10007 or email documents to ProSe@nysd.uscourts.gov. After a document is mailed or delivered to the Pro Se Intake Unit for filing, the Clerk's Office staff will scan and docket it onto the court's ECF system. For more detailed filing instructions, please visit https://www.nysd.uscourts.gov/prose.

[2] These exhibits appear to be exhibits to Plaintiff's Local Rule 56.1(b) Counter-Statement of Additional Material Facts. However, Plaintiff has not attached several documents cited in the Counter-Statement: "Duncan, Dep. at Manhattan Central Booking," "Arrest/Transport Records," and "Defendants' Discovery Responses, Ex. J and A."

I previously directed Plaintiff to serve and file his cross-motion for summary judgment and opposition to Defendants' motion for summary judgment by February 23, 2026 and Defendants to file their reply in support of their motion for summary judgment, if any, and opposition to Plaintiff's cross-motion for summary judgment by March 16, 2026.  (Doc. 47.)

Accordingly, it is HEREBY:

ORDERED that Plaintiff shall file the additional exhibits he references in "Plaintiff's Local Rule 56.1(b) Counter-Statement of Additional Material Facts" but has not attached to his filing—"Duncan, Dep. at Manhattan Central Booking," "Arrest/Transport Records," and "Defendants' Discovery Responses, Ex. J and A"— by **March 11, 2026**.

IT IS FURTHER ORDERED that due to the delay in receipt of Plaintiff's documents, Defendants' time to file their reply in support of their motion for summary judgment and response to Plaintiff's Counterstatement is extended to **March 27, 2026**.

The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff at the address on file.

SO ORDERED.

Dated: March 3, 2026
      New York, New York

Vernon S. Broderick
United States District Judge